IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XOMA ROYALTY CORPORATION (f/k/a Xoma Corporation)<br><br>    Plaintiff,<br><br> v.<br><br>JANSSEN BIOTECH, INC. (f/k/a Centocor, Inc.),<br><br>    Defendant. | CIVIL ACTION<br>NO. 25-4484 |

## ORDER

**AND NOW**, this 30th day of December 2025, upon consideration of Defendant Janssen Biotech, Inc.'s Motion to Dismiss (Doc. No. 10), Plaintiff Xoma Royalty Corporation's Response in Opposition (Doc. No. 34), Defendant's Reply (Doc. No. 42), the arguments of counsel for the parties at the hearing held on the Motion on November 10, 2025 (Doc. No. 50), and in accordance with Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 10) is **DENIED**.

2. Defendant shall file an Answer to the Complaint by **January 21, 2026**.

                BY THE COURT:

                /s/ Joel H. Slomsky_____
                JOEL H. SLOMSKY, J.